**05-40163** FDS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SHEET METAL WORKERS' INTERNATIONAL<br>ASSOCIATION LOCAL 63, AFL-CIO<br>Defendants | )<br>)<br>) |

### CERTIFICATE UNDER LCvR 7.3

I, the undersigned, counsel of record for M.R.S. Enterprises, Inc. certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of M.R.S. Enterprises, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

| | |
|---|---|
| BBO 213320 | James F. Grosso |
| Bar Identification Number | Print Name |
| | |
| | 1671 Worcester Road, Suite 205 |
| | Address |
| | |
| | Framingham,    MA    1701-5400 |
| | City    State    Zip |
| | |
| | 508/620-0055 |
| | Telephone Number |

