AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

M.R.S. ENTERPRISES, INC.

V.

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION LOCAL 63, AFL-CIO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40163 FDS**

TO: (Name and address of Defendant)  Sheet Metal Workers' International
Association Local 63, AFL-CIO
29 Endicott Street
Worcester, MA 01610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James F. Grosso, Esquire
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                September 19, 2005

CLERK                                             DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by (1) | DATE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss    09/29/2005

I hereby certify and return that on 09/28/2005 at 12:16pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Attachments in this action in the following manner: To wit, by delivering in hand to MARK ANDERS, agent, person in charge at the time of service for SHEET METAL WORKERS' INTERNATIONAL ASSOCIATIO at 330 SOUTHWEST CUT OFF, WORCESTER, MA. Fees: Service 30.00, Travel 3.84, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00 & New Address 15.00, Total fees: $56.84

Deputy Sheriff Steven J Trottier

_Deputy Sheriff_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        _Signature of Server_

                                            _____
                                            _Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.