UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC.<br>　　　Plaintiff | )<br>)<br>) |
| v. | )　　C.A. NO. 05-40163-FDS<br>) |
| SHEET METAL WORKERS' INTERNATIONAL<br>ASSOCIATION LOCAL 63, AFL-CIO<br>　　　Defendants | )<br>)<br>) |

PLAINTIFF, M.R.S. ENTERPRISES, INC.
ANSWER TO COUNTERCLAIM

1.　　The Plaintiff/Counterclaim Defendant, M.R.S. Enterprises, Inc. (M.R.S.), states that the allegations contained in paragraph 1 refer to a written document that speaks for itself.

2.　　M.R.S. states that the allegations contained in paragraph 2 refer to a written document that speaks for itself.

3.　　The allegations contained in paragraph 3 constitute conclusions of law and, as such, no further responsive pleading is required; to the extent the allegations do not constitute conclusions of law, they are denied.

　　　Wherefore, M.R.S. respectfully requests that this Court dismiss the Counterclaim against it or in the alternative issue judgment for it awarding interest.

                                              M.R.S. ENTERPRISES, INC.
                                              By its attorney,

DATED: November 3, 2005                    /s/ *James F. Grosso*
                                              James F. Grosso – BBO 213320
                                              O'Reilly, Grosso & Gross, P.C.
                                              1671 Worcester Road, Suite 205
                                              Framingham, MA 01701-5400
                                              Tel: 508/620-0055
                                              Fax: 508/620-7655