UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br> )<br>v. )<br> )<br>SHEET METAL WORKERS' INTERNATIONAL )<br>ASSOCIATION LOCAL 63, AFL-CIO )<br>    Defendants ) | C.A. NO. 05-40163-FDS |

ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Plaintiff in the above-referenced matter and respectfully requests that this Honorable Court continue the Scheduling Conference set for Thursday, February 2, 2006 at 10:30 a.m. until Tuesday, February 28, 2006 or such other time as the Court's calendar permits. As grounds for this Motion Plaintiff states:

1. That the undersigned Attorney for the Plaintiff, James F. Grosso, will be out of state from February 2nd through February 21st on a combined business and vacation trip and unable to attend; and

2. Attorney for the Defendant assents to this Motion.

                                                       M.R.S. ENTERPRISES, INC.
                                                       By its attorney,

January 26, 2006                                      /S/ *James F. Grosso*
                                                       James F. Grosso – BBO 213320
                                                       O'Reilly, Grosso & Gross, P.C.
                                                       1671 Worcester Road, Suite 205
                                                       Framingham, MA   01701-5400
                                                       Tel:  508/620-0055
                                                       Fax: 508/620-7655
                                                       jgrosso@ogglaw.com

- 2 -

Assented to:


     /s/ *Christopher N. Souris*
Christopher N. Souris – BBO 556343
Krakow & Souris LLC
225 Friend Street
Boston, MA  02114
Tel:  617/723-8440
Fax:  617/723-8443


CERTIFICATE OF SERVICE

    I, James F. Grosso, hereby certify that on January 26, 2006 a copy of The Assented to Motion to Continue Scheduling Conference was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


     /s/ *James F. Grosso*
James F. Grosso