UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHEET METAL WORKERS' INTERNATIONAL )<br>ASOSCIATION LOCAL 63, AFL-CIO, )<br>)<br>    Defendants. )<br>_____) | C.A. NO. 05-40163-FDS |

DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

    In accordance with Local Rule 16.1(D)(3), the undersigned defendant has conferred with counsel:

    (a) with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in LR 16.4

Dated:                    Respectfully submitted,


                              /s/ Mark Andrews_____
                              Mark Andrews, Sheet Metal Workers'
                              Association Local 63, AFL-CIO


                              /s/ Christopher N. Souris_____
                              Christopher N. Souris BBO #556343
                              KRAKOW & SOURIS, LLC
                              225 Friend Street
                              Boston, MA 02114 (617) 723-8440

CERTIFICATE OF SERVICE

    I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served this day by first class U.S. mail to James Grosso, O'Reilly, Grosso & Gross, 1671 Worcester Road, Suite 205, Framingham, MA 01701-5400

                              /s/ Christopher N. Souris