UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.R.S. ENTERPRISES, INC.           )
    Plaintiff                         )
                                   )
v.                                 )     C.A. NO. 05-40163-FDS
                                   )
SHEET METAL WORKERS' INTERNATIONAL )
ASSOCIATION LOCAL 63, AFL-CIO      )
    Defendants                        )

JOINT SCHEDULING CONFERENCE STATEMENT
PURSUANT TO LOCAL RULE 16.1(D)

This is an action to vacate an arbitration decision. As such, and because discovery is not permitted in these types of cases, the matter may be disposed of through Cross Motions for Summary Judgment. The parties have conferred, agreed and therefore respectfully request to the Court that the following schedule be established for the filing of Cross Motions for Summary Judgment:

1. Plaintiff to file Motion for Summary Judgment by May 1, 2006.

2. Defendant to file its Cross Motion for Summary Judgment and any reply to Plaintiff's Motion for Summary Judgment by June 1, 2006.

3. Any reply briefs must be filed by June 15, 2006.

- 2 -

4.  A hearing on the Cross Motions for Summary Judgment to be scheduled at the Court's convenience.

| M.R.S. ENTERPRISES, INC.<br>By its attorney, | SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL 63, AFL-CIO<br>By its attorney |
|---|---|
| /s/ *James F. Grosso*<br>James F. Grosso – BBO 213320<br>O'Reilly, Grosso & Gross, P.C.<br>1671 Worcester Road, Suite 205<br>Framingham, MA 01701-5400<br>Tel: 508/620-0055<br>Fax: 508/620-7655 | /s/ *Christopher N. Souris*<br>Christopher N. Souris – BBO 556343<br>Krakow & Souris, LLC<br>225 Friend Street<br>Boston, MA 02114<br>Tel: 617/723-8440<br>Fax: 617/723-8443 |

Dated: February 27, 2006