UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br> )<br>v. )<br> )<br>SHEET METAL WORKERS' INTERNATIONAL )<br>ASSOCIATION LOCAL 63, AFL-CIO )<br>    Defendants ) | C.A. NO. 05-40163-FDS |

PLAINTIFF, M.R.S. ENTERPRISES, INC.
<u>ANSWER TO COUNTERCLAIM</u>

1.    The Plaintiff/Counterclaim Defendant, M.R.S. Enterprises, Inc. (M.R.S.), states that the allegations contained in paragraph 1 incorporate several allegations from the Plaintiff's Amended Complaint and, therefore, no responsive pleading is required.

2.    M.R.S. states that the allegations contained in paragraph 2 refer to a written document that speaks for itself.

3.    The allegations contained in paragraph 3 refer to a written document that speaks for itself.

4.    M.R.S. admits the allegations contained in paragraph 4.

5.    M.R.S. admits the allegations contained in paragraph 5.

6.    M.R.S. admits the allegations contained in paragraph 6.

7.    M.R.S. admits the allegations contained in paragraph 7.

- 2 -

8.  The allegations contained in paragraph 8 constitute conclusions of law and as such, no further pleading is required.

Wherefore, M.R.S. respectfully requests that this Court dismiss the Amended Counterclaim against it or in the alternative issue judgment for it.

                  M.R.S. ENTERPRISES, INC.
                  By its attorney,

DATED: March 24, 2006         /s/ *James F. Grosso*
                  James F. Grosso – BBO 213320
                  O'Reilly, Grosso & Gross, P.C.
                  1671 Worcester Road, Suite 205
                  Framingham, MA  01701-5400
                  Tel:  508/620-0055
                  Fax: 508/620-7655