UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.R.S. ENTERPRISES, INC. )<br>    Plaintiff )<br> )<br>v. )<br> )<br> )<br>SHEET METAL WORKERS' INTERNATIONAL )<br>ASSOCIATION LOCAL 63, AFL-CIO )<br>    Defendants ) | C.A. NO. 05-40163-FDS |

M.R.S. ENTERPRISES, INC.
<u>MOTION FOR SUMMARY JUDGMENT</u>

    Now comes the Plaintiff, M.R.S. Enterprises, Inc. (M.R.S.) and pursuant to Federal Rules of Civil Procedure Rule 56 moves for Summary Judgment for it on its Motion to Vacate an Arbitration Decision awarding monetary damages to the Defendant, Sheet Metal Workers' International Association Local 63 (Local 63).

    M.R.S. brought this action on September 19, 2005 against Local 63 as a result of a decision by the Siding and Decking Arbitration Board on August 19, 2005 awarding monetary damages to Local 63 consisting of a back pay award for hours allegedly not worked by members of Local 63 on a project of M.R.S. at the University of Massachusetts Hospital in Worcester, Massachusetts.

- 2 -

M.R.S. herewith files a Memorandum of Law, including the Affidavit of Roland O. Levesque Sr., in support of this Motion for Summary Judgment seeking an order of the Court vacating the arbitration decision.

                                                Respectfully submitted,
                                                M.R.S. ENTERPRISES, INC.
                                                By its Attorney,

DATED:  April 25, 2006                        /s/ *James F. Grosso*
                                                James F. Grosso – BBO 213320
                                                O'Reilly, Grosso & Gross, P.C.
                                                1671 Worcester Road, Suite 205
                                                Framingham, MA 01701-5400
                                                Tel:  508/620-0055
                                                Fax:  508/620-7655