UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.R.S. ENTERPRISES, INC.,            )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )   C.A. NO. 05-40163-FDS
                                     )
SHEET METAL WORKERS' INTERNATIONAL   )
ASSOCIATION LOCAL 63, AFL-CIO,       )
                                     )
    Defendant.                       )
                                     )

## DEFENDANT LOCAL 63'S CROSS-MOTION
## FOR SUMMARY JUDGMENT

Defendant Sheet Metal Workers' International Association Local 63 respectfully moves for summary judgment pursuant to F.R. Civ. P. 56 upon the accompanying Statement of Undisputed Material Facts, Declaration of Mark W. Andrews, and Combined Memorandum of Law.

The undersigned certifies that, while counsel have conferred concerning this action, no Rule 7.1 conference was necessary as defendant files this motion pursuant to the Order of this Court dated February 28, 2006.

Dated: June 1, 2006                    Respectfully submitted,

                                       Christopher N. Souris
                                       BBO #556343
                                       KRAKOW & SOURIS LLC
                                       225 Friend Street
                                       Boston, MA 02114
                                       (617) 723-8440

                                       _____
                                       Attorney for defendant Sheet Metal Workers'
                                       International Association Local 63, AFL-CIO

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to James F. Grosso, O'Reilly, Grosso & Gross, 1671 Worcester Road, Suite 205, Framingham, MA 01701-5400

_____
Christopher N. Souris