UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.R.S. ENTERPRISES, INC.,              )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   C.A. NO. 05-40163-FDS
                                       )
SHEET METAL WORKERS' INTERNATIONAL )
ASSOCIATION LOCAL 63, AFL-CIO,         )
                                       )
        Defendant.                     )
_____)

## JOINT STIPULATION CONCERNING
## LOCAL 63'S ATTORNEYS FEES

Plaintiff M.R.S. Enterprises, Inc. and defendant Sheet Metal Workers Local 63 hereby stipulate that Local 63's reasonable attorneys fees in this case as of this date are $13,538.75.

Dated: August 10, 2006                 Respectfully submitted,

James F. Grosso                        Christopher N. Souris
O'REILLY, GROSSO & GROSS               KRAKOW & SOURIS LLC
BBO No. 213320                         BBO No. 556343
1671 Worcester Road                    225 Friend Street
Framingham, MA 01701                   Boston, MA 02114
(508) 620-0055                         (617) 723-8440

_____        _____
Attorney for Plaintiff                 Attorney for defendant

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served electronically on August 18, 2006 on James F. Grosso, O'Reilly, Grosso & Gross, 1671 Worcester Road, Suite 205, Framingham, MA 01701-5400

_____
Christopher N. Souris