UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.R.S. Enterprises, Inc.,
        Plaintiff,

v.                              CIVIL ACTION NO. 05-40163-FDS

Sheet Metal Workers' International
Association Local 63, AFL-CIO,
        Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by the Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED:** in accordance with the Courts Order entered on 7/12/06, granting defendant's motion for summary judgment, that judgment be entered in favor of the defendant, Sheet Metal Workers' International Association Local 63, and against the plaintiff, M.R.S. Enterprises, in the amount of $188,814.84.

                                                  SARA THORNTON, CLERK

Dated:  1/19/07                             /s/ Martin Castles
                                                 ( By )  Deputy Clerk